FILED

DEC 1 4 2005

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)
v. )        CR. NO.   2:05cr297-A
)        [18 USC 471; 18 USC 472; 2]
EDWARD DONALD FULMER )
SUSAN DENISE FULMER )
WILLIAM BARRY GORMAN )
JOYCE RENEE KING and )
JEFFREY SCOTT MOSLEY )        INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about January 1, 2004, and continuing until April 2004, in the Middle District of

Alabama, the defendants,

EDWARD DONALD FULMER,
SUSAN DENISE FULMER
WILLIAM BARRY GORMAN
JOYCE RENEE KING and
JEFFREY SCOTT MOSLEY,

aided and abetted by each other and others known and unknown to the Grand Jury did, with intent

to defraud, falsely make, forge, counterfeit and alter any obligation and other security of the United

States, in violation of Title 18, United States Code, Section 471.

## COUNT 2

On or about January 1, 2004, and continuing until April, 2004, in the Middle District of

Alabama, the defendants,

EDWARD DONALD FULMER,
SUSAN DENISE FULMER
WILLIAM BARRY GORMAN
JOYCE RENEE KING and
JEFFREY SCOTT MOSLEY,

aided and abetted by each other and others known and unknown to the Grand Jury did, with intent

to defraud, pass, utter, publish and sell and attempt to pass, utter, publish and sell and keep in

possession and conceal any falsely made, forged, counterfeited and altered obligation and other

security of the United States, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

Foreperson

LEURA GARRETT CANANRY
UNITED STATES ATTORNEY

Susan R. Redmond
Assistant United States Attorney

2