# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

EDWARD DONALD FULMER
8410 Ryan Road
Montgomery, AL 36117

**WARRANT FOR ARREST**

Case Number: 2:05cr297-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWARD DONALD FULMER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Utters counterfeit obligations (1 count)
Passes counterfeit obligations or securities (1 count)

in violation of Title __18__ United States Code, Section(s) __471; 472__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

_Joyce Taylor_ (signature)
Signature of Issuing Officer

December 15, 2005 - Montgomery, AL
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |