**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
√ **INITIAL APPEARANCE**             **DATE:   1/9/06**
❑ **BOND HEARING**
❑ **DETENTION HEARING**            **DIGITAL Recording : 2:28 - 2:46**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**                    **Court Reporter:**

**PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda  Robinson**

**CASE NO.   2:05cr297-A**                    **DEFENDANT NAME: Edward Donald Fulmer**

**AUSA:  Susan R. Redmond____**            **DEFT. ATTY:  Jeff Duffey_____**

                                        Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:  Ron Thweatt_____**            **USPO: _____**

**Defendant ( ) does; ( √ )does NOT need an interpreter**

**Interpreter present  (√ ) NO; ( ) YES        Name:**

_____

| | | |
|---|---|---|
| √ | | Date of Arrest <u>1/9/06</u>  or ❑ Arrest Rule 40 |
| √ | | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| ❑ | | Deft First Appearance with Counsel |
| ❑ | | Deft. First Appearance without Counsel |
| ❑ | | Requests appointed Counsel |
| ❑ | | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* |
| ❑ | | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❑ | | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | | Deft. Advises he will retain counsel.  Has retained |
| ❑ | | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | | Detention Hearing ❑ held; ❑set for |
| ❑ | | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | | Release order entered.  Deft advised of conditions of release |
| √ | | BOND EXECUTED (M/D AL charges) $.  25,000 |
| ❑ | | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❑ | | Bond not executed.  Defendant to remain in Marshal's custody |
| ❑ | | Deft. ORDERED REMOVED to originating district |
| ❑ | | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.   Set for |
| √ | | DISCOVERY DISCLOSURE DATE:  1/10/06 |
| √ | | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | | WAIVER of Speedy Trial.  CRIMINAL TERM: 6/26/06 |

Pretrial: 2/27/06