```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **EDWARD DONALD FULMER, et. al.,** | * 2:05CR297-A |
| | * |
| **Defendants.** | * |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Edward Donald Fulmer.

Respectfully submitted this 9th day of January, 2006.

<u>s/Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Edward Donald Fulmer
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101

                                                Respectfully submitted,

                                                <u>s /Jeffery C. Duffey</u>
                                                JEFFERY C.  DUFFEY
                                                Attorney for Defendant
                                                Edward Donald Fulmer