## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   1/30/06                           DIGITAL RECORDING: 3:06 - 3:13

DATE COMPLETED:   1/30/06

USA                                              *         2:05cr297-WHA

vs                                               *

Edward Donald Fulmer, Susan Denise Fulmer        *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Jeffery Duffey |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   RULE 44 HEARING

3:06 p.m. Government does not have a conflict with counsel representing Mr. and Mrs. Fulmer

    Court Questions Atty. Duffey regarding representation of any co-defendants

    Atty. Duffey may have represented the mother of one of the co-defendants but not co-defendant neither was the co-defendant a witness in the case

    Court questions both Mr. and Mrs. Fulmer regarding the risk of conflict

    Government is not aware of any other charges pending against the defendants Mr. And Mrs. Fulmer

    Defendants Mr. and Mrs. Fulmer state they are not related by blood or marriage to other defendants in the case

    Court determines there is no Conflict of Interest; If negotiations conditions change, there may be a need to re-visit the issue

3:13 p.m. Defendant remanded until further order of Court