COURTROOM DEPUTY'S MINUTES　　　　　　　　　　　DATE: 2/27/06

MIDDLE DISTRICT OF ALABAMA　　　　　　　　　Digital Recording:　9:09 - 9:11

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson　　**DEPUTY CLERK:** Wanda A. Robinson

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward Donald Fulmer
**CASE NUMBER:** 2:05cr297-WHA　　　　　　　　**DEFENDANT(S):** Susan Denise Fulmer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　William Barry Gorman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joyce Renee King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Jeffery Duffey (Fulmers) |
| | | Robin Konrad (Gorman) |
| | | James R. Cooper, Jr. (King) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**　　　　　　Complete

☐ **PENDING MOTION STATUS:**　　　NONE

☐ **PLEA STATUS:**　　　　　Fulmer will not go to trial
　　　　　　　　　　　　　　　　King possible trial (Uncertain)
　　　　　　　　　　　　　　　　Gorman likely trial until further notice

☐ **TRIAL STATUS**

　　　　　　　　　　　　　2 Days for Trial with just 2 defendants or all 5 defendants

☐ **REMARKS:** Government will go forward on trial on King and Gorman if Mr. Mosley is still at large

**Counsel for Defendant King and Gorman do not have a problem with trial without Mr. Mosley**
**If Defendant chooses to Plea, Please notifiy court as soon as possible for the scheduling of change of plea**