| COURTROOM DEPUTY'S MINUTES | DATE: 4/3/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:51 - 9:56 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr297-WHA  

**DEFENDANT(S):**
Edward Donald Fulmer
Susan Denise Fulmer
William Barry Gorman
Joyce Renee King
Jeffrey Scott Moseley

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * | Jeffery Duffey (S. & E. Fulmer) |
| | | Robin Konrad (Gorman) |
| | | James R. Cooper, Jr. (King) -NOT RESENT |
| | * | John M. Poti (Moseley) |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   NONE
**Defendant Moseley's deadline for filing motions is 4/5/06; Defendant may file a Motion to Sever for Trial**

❏ **PLEA STATUS:**   Likely Pleas for Defendants Edward Fulmer, Susan Fulmer, William Bary Gorman and Jeffrey Scott Moseley

❏ **TRIAL STATUS**
One Day and ½ for Trial

❏ **REMARKS:**
**Defendant Moseley's proffer likely this week;**
**US Attorney stated that there has not been any contact regarding Defendant Joyce Renee King -possible trial; Parties agree that there is no need to continue case**