```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,       *
                                *
     Plaintiff,                 *
                                *
V.                              * CR. NO.
EDWARD DONALD FULMER, et. al.,  * 2:05CR297-WHA
                                *
     Defendants.                *
```

### NOTICE OF INTENT TO CHANGE PLEA

Comes now defendant Edward Donald Fulmer, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 5th day of May, 2006.

<u>s/Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Edward Donald Fulmer
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101

                              Respectfully submitted,

                              s /Jeffery C. Duffey
                              JEFFERY C.  DUFFEY
                              Attorney for Defendant
                              Edward Donald Fulmer