```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
     Plaintiff,                  *
                                 *
V.                               *  CR. NO.
EDWARD DONALD FULMER, et. al.,   *  2:05CR297-WHA
                                 *
     Defendants.                 *
```

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the defendant Edward Donald Fulmer, by and through undersigned counsel, and submits the following:

1. The above styled case has been set for sentencing September 26, 2006 at 9:00 a.m.

2. There have developed some complicated issues regarding the presentence report for which counsel needs additional time to research. In addition there are matters currently pending in the Family Court of Montgomery County, Alabama, Juvenile Division, regarding the defendant and defendant's children that counsel believes is relevant to the defendant's sentencing proceedings. There is a hearing set in Juvenile Court on October 3, 2006 at 10:00 a. m. on certain matters involving the defendant and the children. Counsel has had difficulty in obtaining records because of certain state confidentiality laws in juvenile cases (12-15-100, 101, Ala. Code)(Undersigned counsel is not counsel of record for any

party in the Juvenile proceedings), and counsel needs additional time to prepare for sentencing, to prepare documentation and to attend the October 3, 2006 hearing in Juvenile court.

3. There are four codefendants who are also set for sentencing on September 26, 2006: Susan Fulmer who is also repesented by undersigned counsel and who has filed a similar motion to continue this date; William Barry Gorman represented by John Poti, Esq.; Joyce Rene King represented by Jim Cooper, Esq.; and Jeffrey Scott Moseley represented by Robin Konrad, Esq. The Government is represented by AUSA Susan Redmond, Esq.. Undersigned counsel has spoken with all counsel for all parties regarding this request for continuance. None of the parties oppose the request for continuance except for the following: it is the Government's position that all defendants should be sentenced the same date, and the Government is only available in October during the week of October 9-13, 2006; Jim Cooper, counsel for Joyce Rene King, is only available October 10, 11, 12 and 13, 2006. Other counsel are available October 10-13, 2006.

WHEREFORE because of the above defendant Edward Fulmer requests that the sentencing be continued and reset on either October 10, 11, 12 or 13, 2006.

Respectfully submitted this 13th day of September, 2006.

        s/Jeffery C. Duffey
        JEFFERY C.  DUFFEY
        Attorney for Defendant
        Edward Fulmer
        600 South McDonough Street
        Montgomery, AL  36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the appropriate parties.

        Respectfully submitted,

        s /Jeffery C. Duffey
        JEFFERY C.  DUFFEY
        Attorney for Defendant
        Edward Fulmer
        600 South McDonough Street
        Montgomery, AL  36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No.  ASB7699F67J