```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA     *
                             *
V.                           *  CR-NO 2:05cr297-WHA
                             *
EDWARD DONALD FULMER         *
SUSAN DENISE FULMER          *
WILLIAM BARRY GORMAN         *
JOYCE RENEE KING and         *
JEFFERY SCOTT MOSELEY.       *
```

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Unopposed Motion to Continue Sentencing, filed on September 13, 2006, by defendants Edward and Susan Fulmer, is GRANTED as to all defendants. Sentencing in this case is hereby reset to October __, 2006.

Done this ___ day of September 2006.

_____
UNITED STATES DISTRICT JUDGE