IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05cr297-WHA |
| ) | |
| EDWARD DONALD FULMER ) | |
| SUSAN DENISE FULMER ) | |
| WILLIAM BARRY GORMAN ) | |
| JOYCE RENEE KING ) | |
| JEFFREY SCOTT MOSELEY ) | |

## ORDER

This case is before the court on the unopposed Motions to Continue Sentencing (Docs. #142 and 143), filed by the Defendants Edward Donald Fulmer and Susan Denise Fulmer on September 13, 2006. For good cause shown, the motions are GRANTED, and sentencing is CONTINUED as to all Defendants. Sentencing is re-set for Wednesday, October 11, 2006, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 13th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE