# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 11, 2006 | AT: | 11:02 a.m. |
| DATE COMPLETED: | October 11, 2006 | AT: | 11:12 a.m. |

UNITED STATES OF AMERICA   )
                           )
vs.                        )   CR. No. 2:05cr297-WHA
                           )
EDWARD DONALD FULMER       )

**APPEARANCES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Jeffery Duffey |

**COURT OFFICIALS PRESENT**

Heather Barnett, Court Reporter
Elna Behrman, Courtroom Deputy
Jakki Caple, USPO
Daniel Harrell, Law Clerk

**COURTROOM PROCEEDINGS**

(X)   **SENTENCING HEARING**

Hearing commences.
Defendant is sworn.
Parties state they have reviewed the presentence report.
Defendant waives his written objection.
Court denies the objection as moot.
Government orally moves for a third point departure for acceptance of responsibility and further orally moves for a 5-level downward departure for substantial assistance pursuant to USSG § 5K1.1.
Court orally GRANTS both motions.
Government does not oppose a sentence of time served.
Sentence is stated.
No objections to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.
Defendant is directed to meet with the probation officer before leaving.